UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Gene Brooks

CHAPTER 13
CASE NO. 13-46112-TJT
JUDGE   Tucker

,
Debtor.
_____/

### ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $____$3,000.00_ in fees and $_____0_____ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ $3,000.00 shall be paid by the Trustee as an administrative expense of this case.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☐  The Debtor shall remit _____% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☐  The Debtor's Plan shall continue for no less than _____ months.

☐  Creditors rights to object to the last filed Modified Plan are preserved until_____

 X  Trustee's rights to object are preserved should this plan ever pay less than 100% to unsecured creditors.
 X  Board of water commission's lien is a water lien and not related to property taxes.
 X  Plan payments in this plan shall be made on a biweekly basis
 X  Wayne County Treasurer shall be paid pursuant to their proof of claim and shall be entitled to interest of 18% per year for the tax years 2009, 2010, 2011.  Wayne County Treasurer shall be entitled to 12% per year for tax years 2012.

| APPROVED | Objections Withdrawn | |
|---|---|---|
| /s/ Tammy Terry | /s/  Michael Hogan | /s/ Neal J. Brand |
| TAMMY L. TERRY (P46254) KIMBERLY SHORTER-SIEBERT (P49608) MARILYN R. SOMERS-KANTZER (P52488) Chapter 13 Trustee 535 Griswold Street 2100 Buhl Building Detroit, MI  48226 313-967-9857 | For  Wayne County Treasurer  Objections Withdrawn  For Creditor: | Neal J. Brand (P  60137        ) Attorney for Debtor 21700 Northwestern Hwy Suite 670 Southfield, MI  48075 248-423-4500 |

.

**Signed on July 03, 2013**

_____/s/ Thomas J. Tucker_____
Thomas J. Tucker
United States Bankruptcy Judge